# Third District Court of Appeal

## State of Florida

Opinion filed July 1, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-315
Lower Tribunal No. 14-112
_____


**Boos Development Group, Inc., etc., et al.,**
Petitioners,

vs.

**1500 Ocean Drive Condominium, etc., et al.,**
Respondents.


On Petition for Writ of Certiorari to the Circuit Court for Miami-Dade County, Michael A. Genden, Judge.

Bercow Radell & Fernandez and Graham Penn, for petitioners.

W. Tucker Gibbs, for respondent; Raul J. Aguila, City Attorney, City of Miami Beach, and Eve A. Boutsis, Assistant City Attorney.


Before SUAREZ, C.J., and LAGOA and FERNANDEZ, JJ.

SUAREZ, C.J.

In this zoning matter, Petitioners Boos Development Group, Inc., and CVS

10346 FL, LLC, petition this Court for a second-tier writ of certiorari to quash an

order of the appellate division of the Eleventh Judicial Circuit granting Respondents' petition for certiorari relating to minor variances which were granted in connection with the development of Petitioner's property.

Based on this Court's narrow standard of review in a second tier certiorari proceeding, we must deny the petition. A review of the record, petition, response, and reply, and the opinion issued by the circuit court appellate division shows that there was not a denial of due process and that the appellate division applied the correct law. See Ivey v. Allstate Ins. Co., 774 So. 2d 679, 680 (Fla. 2000); Haines City Cmty. Dev. v. Heggs, 658 So. 2d 523, 525 (Fla. 1995).